# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| NATISHA ALMEIDA, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 14-6674 |
| TUAN A. LE, M.D., DOYLESTOWN WOMEN'S HEALTH CENTER, LLC, PAUL J. ADELIZZI, M.D., and MARK S. SILIDKER, M.D., | |
| Defendants. | |

## ORDER

**AND NOW**, this 9th day of May, 2017, upon consideration of the Post-Trial Motion for Remittitur, or in the Alternative, a New Trial on Damages by Defendants Tuan A. Le, M.D. and Doylestown Women's Health Center (Doc. No. 123), and Plaintiff's Response to Post Trial Motion for Remittitur, or in the Alternative, a New Trial on Damages by Defendants Tuan A. Le, M.D. and Doylestown Women's Health Center, LLC, it is hereby **ORDERED** that the Post-Trial Motion is **DENIED**.

**IT IS FURTHER ORDERED** that the unopposed Petition for Delay Damages of Plaintiff, Natisha Almeida, Pursuant to Pa. R.C. P. 238 (Doc. No. 118) is **GRANTED**.[1] It is **ORDERED** and **DECREED** that the verdict of the jury rendered on March 17, 2017, and entered by this Honorable Court into Judgment in the amount of Six Hundred and Twenty-Five Thousand Dollars ($625,000.00) on behalf of Plaintiff, Natisha Almeida, and against Defendant,

---

[1] The Petition for Delay Damages includes Bruce Robinson as Plaintiff; however, he was dismissed as a party and his name was removed from the caption with prejudice on March 22, 2017. (See Doc. No. 120) Due to the aforementioned, we have excluded Bruce Robinson from our Order. Additionally, the proposed Order regarding the Petition for Delay Damages provided by Plaintiff, Natisha Almeida, fails to include Doylestown Women's Health Center, LLC, which we have added to our Order.

Tuan A. Le, M.D., and Doylestown Women's Health Center, LLC, be molded to reflect the addition of delay damages in the sum of Thirty Six Thousand, Nine Hundred Ninety Nine Dollars and Thirteen Cents ($36,999.13) for a total verdict of Six Hundred and Sixty One Thousand Nine Hundred and Ninety Nine Dollars and Thirteen Cents ($661,999.13).

                                      BY THE COURT:

                                      /s/ Robert F. Kelly
                                      ROBERT F. KELLY
                                      SENIOR JUDGE